**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -against-

**QUADIR DAVONISH,**

                **Defendant.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2025

25-CR-00576-SHS-12

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A status conference with the defendant and defense counsel is scheduled for Friday, January 16, 2026, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 18, 2025
             New York, New York