USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 1/16/2026 __

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

25-CR-00576-SHS-12

-against-

ORDER

QUADIR DAVONISH,

Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

A status conference with the defendant and defense counsel is scheduled for Monday,

February 23, 2026, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley

Square, New York, New York. The Government is invited but need not attend this

conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        January 16, 2026
              New York, New York