**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

                  **-against-**

**QUADIR DAVONISH,**

                  **Defendant.**

-----------------------------------------------------------------X

**25-CR-00576-SHS-12**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The status conference scheduled for Monday, February 23, 2026, is RESCHEDULED

for Friday, Mach 6, 2026, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse,

40 Foley Square, New York, New York. The Government is invited but need not attend this

conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      February 23, 2026
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 2/23/2026