UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,              :        25-cr-576 (SHS)

                  -v-                  :

QUADIR DAVONISH,                       :        ORDER

                  Defendant.           :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     Pretrial Services has informed the Court that defendant was admitted to Mt. Sinai Hospital in Queens yesterday, and that it may be necessary to remove defendant's ankle bracelet "to ensure that the defendant's medical care is not interfered with or delayed." Accordingly,

     IT IS HEREBY ORDERED that the hospital or pretrial services shall be permitted to remove defendant's ankle bracelet if it is deemed necessary.

Dated: New York, New York
       March 13, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.