# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd,  Suite 302**
**Bayside, New York  11361**
**Tel  (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St,  Suite 389**
**Great Neck, New York  11021**
**Tel  (516) 829-2299**
*jp@jpittell.com*

## MEMO ENDORSED

March 17, 2026

Hon. Sydney H. Stein
U.S. District Court - Southern District of New York
500 Pearl St.
New York, NY 10007

Re:    *U.S. v. Brian Gonzalez, et al., 25 Cr. 576 (SHS)* {Quadir Davonish}

Dear Judge Stien:

I am counsel for Quadir Davonish, a defendant in the above referenced matter.

Following his arrest, Mr. Davonish was released on a surety bond issued by Chief Magistrate Judge Netburn.  A condition of the bond requires him to be on home incarceration with location monitoring.  Please accept this letter in lieu of a formal motion requesting a modification this condition to home detention with location monitoring.

I discussed this proposed modification with Mr. Davonish's supervising Pretrial Services Officer, Francesca A. Piperato.  She informs Mr. Davonish has been in full compliance with all bond conditions.  She further informs that Pretrial Services does not object to this request and indicates it would be preferable to make this modification.  This modification will provide Pretrial Services with discretion to approve temporary leave from home, without prior court approval, in order for Mr. Davonish to attend to basic necessities, take the GED exam (scheduled for the end of this month), attend educational classes and seek employment (if this application is granted, Pretrial Services will work to get him into an employment program).

Prior to submission of this request, I conferred with the Government.  They inform they defer to the discretion of Pretrial Services.

Wherefore, I respectfully request this application be granted.

Respectfully submitted,
/s/
Jeffrey G. Pittell

**Defendant's application is granted.**

**Dated: New York, New York**
**March 17, 2026**

cc:    Francesca A. Piperato, USPTS
Madalyn Toledo, USPTS
Frank.Balsamello, AUSA
Diarra Guthrie, AUSA
Hon. Sarah Netburn, Chief Magistrate Judge

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.