**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        -against-

**QUADIR DAVONISH,**

                           **Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/23/2026

25-CR-00576-SHS-12

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A status conference with the defendant and defense counsel is scheduled for

Wednesday, April 15, 2026, at 12:00 p.m. in Courtroom 219, Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York. The Government is invited but need

not attend this conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 23, 2026
              New York, New York