UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              -against-

QUADIR DAVONISH,

                              Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 4/15/2026

25-CR-00576-SHS-12

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A status conference with the defendant and defense counsel is scheduled for Tuesday, May 19, 2026 at 4:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        April 15, 2026
              New York, New York