# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

April 23, 2026

Hon. Sydney H. Stein
U.S. District Court - Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *U.S. v. Brian Gonzalez, et al., 25 Cr. 576 (SHS)* {Quadir Davonish}

Dear Judge Stien:

I am counsel for Quadir Davonish, a defendant in the above referenced matter.

A case status conference is scheduled for April 28, 2026. However, I have a scheduling conflict on this date.

I have conferred with Kenneth Montgomery, Esq. who is counsel for a co-defendant. He is willing to appear on my behalf for the purpose of representing Mr. Davonish during the status conference. I have discussed this circumstance with Mr. Davonish. He consents to Mr. Montgomery appearing on his behalf.

Based upon the foregoing, please accept this letter in lieu of a formal motion requesting Mr. Montgomery to appear on my behalf during the status conference.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:     Government counsel of record (by ECF)

*April 24, 2026*
*Application granted.*
*Sidney H Stein*
*U.S.D.J.*