**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  **-against-**

**QUADIR DAVONISH,**

                    **Defendant.**

------------------------------------------------------------------X

**25-CR-00576-SHS-12**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 5/18/2026 ___

**SARAH NETBURN, United States Magistrate Judge:**

The status conference scheduled for Tuesday, May 19, 2026, is RESCHEDULED for May 28, 2026, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 18, 2026
             New York, New York