**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

                                -against-

**QUADIR DAVONISH,**

                        **Defendant.**

--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 5/20/2026 _

**25-CR-00576-SHS-12**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The status conference scheduled for May 28, 2026, is RESCHEDULED for May 27, 2026, at 11:00 a.m. in Courtroom 5A, 500 Pearl Street, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED:        May 20, 2026
              New York, New York