**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

                                                            **25-CR-00576-SHS-12**

                    -against-

                                                            **ORDER**

**QUADIR DAVONISH,**

                    **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Mr. Davonish's bail is modified to allow travel to New Jersey for work and work training purposes. Mr. Davonish must notify his Pretrial Officer in advance with his schedule. Mr. Davonish is also authorized to leave his home for the purposes of GED study at a library and to workout at a gym, so long as both locations are within his neighborhood and such leave is consistent with a pre-approved schedule with his Pretrial Officer. Finally, Mr. Davonish is authorized to leave his home to take the GED at his appointed time, which the Court views as part of his educational development.

The Clerk of Court is kindly directed to terminate the gavel at ECF No. 104.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       May 29, 2026
             New York, New York