USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

**-against-**

**QUADIR DAVONISH,**

**Defendant.**

---------------------------------------------------------------X

**25-CR-00576-SHS-12**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The status conference scheduled for August 11, 2026, is RESCHEDULED for August 25, 2026, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED: August 4, 2026
New York, New York