USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

**25-CR-00576-SHS-12**

**-against-**

**ORDER**

**QUADIR DAVONISH,**

**Defendant.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The status conference scheduled for Friday, October 9, 2026, at 2:30 p.m. is RESCHEDULED for Friday, October 9, 2026, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED: September 9, 2026
New York, New York